UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) Civ. A. No. 16-1583 (APM) |
| ANTONY J. BLINKEN, Secretary of State, | ) ) ) |
| *Defendant*. | ) ) |

### PLAINTIFF'S EXHIBIT LIST AND DEFENDANT'S OBJECTIONS

| No. | Title | Bates | Defendant's Objections[1] |
|---|---|---|---|
| 1 | Blue Book | STATE 469-697 | This should be a joint exhibit. See DX 29. |
| 2 | Islamabad Formal Complaint 12-12-2012 and Counselor's Report | 2014 ROI 54-67 | Irrelevant 401/402<br>Hearsay 802 |
| 3 | Chien Letter of Appointment 8-10-2009 with Enclosures | STATE 126-36 | None. |
| 4 | Emails Chien and security clearance, 11/2012 | Chien 0003-08 | None. |
| 5 | Emails Chien and McKinney re security clearance 1/24/2013 | Chien 0044-53 | None. |
| 6 | Email Chien and Crampton re Background Investigation, 6/12/2013 | STATE 2748-59 | None. |
| 7 | Email Chien and Crampton re Background Investigation, 5/20 and 6/12/2013 | Chien 40-43 | None. |
| 9 | Emails Chien to Crampton, Anderson re T&A in Benghazi 6/20/13 | Chien 0180-93 | Irrelevant 401/402 |

---

[1] Defendant's objections are based on the Federal Rules of Evidence.

| | | | |
|---|---|---|---|
| 11 | Large Interview Notes 6/18/13 | Chien 0166-75 | No Personal Knowledge ("NPK") 602<br><br>Inauthentic 901<br><br>Hearsay 802 |
| 12 | Correspondence Chien and Crampton re additional witness statements 7/1/13 | Chien 0176 | Inauthentic 901<br><br>Incomplete 106 |
| 13 | Chien 2013 Security Clearance File | STATE 2767-2918<br><br>CHIEN 58-87 | 2767-2918: This is a composite that should be three separate joint exhibits. See DX 30, 32, 33.<br><br>58-87: Inauthentic 901 |
| 13A | Employment History Documents from eOPF | | Irrelevant 401/402 |
| 14 | Email Chien and Castro re BFFOC Compliance 10-9-15 | Chien 121 | This should be a joint exhibit. See DX 35. |
| 15 | Email Chien and Castro re TDY Kuala Lumpur 10/19/15 | Chien 120 | This should be a joint exhibit. See DX 36. |
| 16 | Email Chien and Castro re Office Hours 3-10-16 | Chien 0094-95 | This should be a joint exhibit. See DX 38. |
| 17 | Email Chien and McFeeter 3-17-16 | 2017 ROI at 154-56 | This should be a joint exhibit. See DX 37. |
| 18 | Email Chien and McFeeters re retaliation 4/28/2016 | 2017 ROI at 157-58 | None. |
| 19 | Email Chien and McFeeter re Leave Restriction 6/2/16 | 2017 ROI 168-69 | This should be a joint exhibit. See DX 40. |
| 20 | Email Todd and Chien re duty schedule 6/20/16 | Chien 0159 | Incomplete 106 |
| 21 | Email Bjelaljac and Castro re briefings | | Inauthentic 901<br><br>Object to this as a composite |
| 24 | RSO Duty Schedule 1/2015-2/2016 | STATE 2452-56 | This should be a joint exhibit. See DX 45. |

| 25 | RSO Duty Schedules 4/2016-2/2017 | STATE 2540-61 | Object to this as a composite. No objection if these are broken into individual exhibits, and if the ones that overlap with our list become JX's. See DX 46-49. |
|---|---|---|---|
| 26 | CDO Standard Operating Procedures | STATE 198-233 | Object to this as a composite. No objection if these are broken into individual exhibits, and if the ones that overlap with our list become JX's. See DX 1-2. |
| 27 | Email Chien and Allen 6-15-2012 | STATE 419-23 | This should be a joint exhibit. See DX 14. |
| 29 | Email Chien and Allen 10-22-2012 re Tunis bids | STATE 901-04 | None. |
| 32 | Email McCarthy and Leslie, Chien 3-19-2013 re Entry Level Assignments | STATE 247-49 | None. |
| 34 | Email Chien and Nisoff re curtailment 10/18/13 | STATE 981-87 | None. |
| 35 | Email Chien and Greenly-Doyle re DC Panel Results 2-14-14 | Chien 0034 | None. |
| 36 | Email Chien and Greenly-Doyle re DS Panel Results 2-14-14 | Chien 217-225 | None. |
| 40 | Dr. Marcella Marcey, Compilation of letters | | Failure to disclose during discovery. FRCP 37(c). |
| 41 | FS Pay Scale Documents | | None. |