CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

JOSEPHINE CHIEN

vs.

ANTONY J. BLINKEN

Civil/Criminal No.: 16-cv-1583

## NOTE FROM JURY

Date: 9 March 2022

Time: 1:55pm

FOREPERSON

1:55 pm

Dear Judge Mehta,

We have not been able to find the source interview in the evidence where the source alleged Chief engaged in sex parties or had a relationship with a NYPD policeman. We have only found interviews with Lewin (March 4 2013) and Scarince (May 4 2013), who both deny knowing of any inappropriate sexual behavior. They were asked so the allegations must have been made earlier and by another source.

If you need to know why we believe this is relevant to the evidence we are considering, we are happy to share that.