UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPHINE CHIEN, )
)
*Plaintiff*, )
)
v. ) Civ. A. No. 16-1583 (APM)
)
ANTONY J. BLINKEN, Secretary of State, )
)
*Defendant*. )
)

## VERDICT FORM

### CLAIM ONE: DISCRIMINATION

1. Do you find that Josephine Chien has proved by a preponderance of the evidence that she suffered an adverse action when the State Department denied her a temporary duty assignment to Kuala Lumpur in 2016?

    _____ YES    _X_ NO

2. Do you find that Josephine Chien has proved by a preponderance of the evidence that the State Department discriminated against her on the basis of her race (Asian) or sex (female) when it denied her a temporary duty assignment to Kuala Lumpur in 2016?

    _X_ YES    _____ NO

If you answered "No" to either Question 1 or Question 2, please indicate below that you find in favor for Defendant on this claim.

   _X_    Find in favor of Defendant

If you answered "Yes" to Question 1 and Question 2, what sum of money do you find would reasonably compensate Ms. Chien for any damages that she suffered as a result of discrimination on this claim?    $_____

## CLAIM TWO: RETALIATION

3. Do you find that Josephine Chien has proved by a preponderance of the evidence that any extra amount of scrutiny she received during the 2013 security clearance investigation was a materially adverse action?

__X__ YES  _____ NO

4. Do you find that Josephine Chien has proved by a preponderance of the evidence that the State Department retaliated against her for participating in protected activity by over-scrutinizing her application for a security clearance in 2013?

_____ YES  __X__ NO

If you answered "No" to either Question 3 or Question 4, please indicate below that you find in favor for Defendant on this claim.

__X__    Find in favor of Defendant

If you answered "Yes" to Question 3 and Question 4, what sum of money do you find would reasonably compensate Ms. Chien for any damages that she suffered as a result of retaliation on this claim?    $_____

2

## CLAIM THREE: RETALIATION

5.     Do you find that Josephine Chien has proved by a preponderance of the evidence that any extra duty weeks she was assigned in 2016, while assigned to the U.S. Embassy in Jakarta, Indonesia, were a materially adverse action?

    __X__ YES     _____ NO

6.     Do you find that Josephine Chien has proved by a preponderance of the evidence that the State Department retaliated against her for participating in protected activity by assigning her extra duty weeks while she was assigned to the U.S. Embassy in Jakarta, Indonesia, in 2016?

    __X__ YES     _____ NO

If you answered "No" to either Question 5 or Question 6, please indicate below that you find in favor for Defendant on this claim.

    _____ Find in favor of Defendant

If you answered "Yes" to Question 5 and Question 6, what sum of money do you find would reasonably compensate Ms. Chien for any damages that she suffered as a result of retaliation on this claim?     $ 650,000

3