UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN, | ) |
| *Plaintiff*, | ) |
| v. | ) Civ. A. No. 16-1583 (APM) |
| ANTONY BLINKEN, Secretary of State, | ) |
| *Defendant*. | ) |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL OR REMITTITUR**

Defendant Antony Blinken, in his official capacity as Secretary of State, respectfully renews his motion made at trial under Federal Rule of Civil Procedure ("Rule") 50(b) for judgment as a matter of law.

As set forth in the accompanying Memorandum of Points and Authorities, judgment as a matter of law is appropriate because Plaintiff provided insufficient evidence for the jury to find that her placements on the duty schedule while she was assigned to the U.S. Embassy in Jakarta in 2016 constituted a materially adverse action.

In the alternative to judgment as a matter of law, Defendant moves for a new trial or remittitur under Rule 59(a)(1). Because the jury's verdict went against the weight of the evidence, the Court should order a new trial on the last retaliation claim that the jury decided in favor of Plaintiff. The Court may alternatively order a new trial on the limited issue of Plaintiff's damages unless Plaintiff agrees to a remittitur of damages to $50,000. As explained more fully in the accompanying Memorandum, the jury's damages award was grossly excessive, and it would be a denial of justice to allow it to stand.

Dated: April 7, 2022  
       Washington, DC

Respectfully submitted,

MATTHEW D. GRAVES, D.C. Bar #481052  
United States Attorney

BRIAN P. HUDAK  
Acting Chief, Civil Division

By:     */s/ Daniel P. Schaefer*  
    DANIEL P. SCHAEFER, D.C. Bar # 996871  
    Assistant United States Attorney  
    555 Fourth Street, NW  
    Washington, DC 20530  
    (202) 252-2531  
    Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*