EXHIBIT 1

**Chien, Josephine H**

| | |
|---|---|
| **From:** | Chien, Josephine H |
| **Sent:** | Thursday, March 17, 2016 4:07 PM |
| **To:** | McFeeters, Brian D |
| **Subject:** | RE: Thank you for your help |

Sir,

I really appreciate you listened and acted.

I'm disappointed that my performance is being called into question, given my dedication to my job, my profession, and this Post. I would like to request another audience where I can present you evidence and my records, which I think may demonstrate my side of this story more fully, and in an objective manner. For example, the performance issue raised by Rob relating to a specific case turned out to not even be one of my assigned cases. Kim was sitting in my counseling on Tuesday. Maybe she can join our meeting?

Sadly, it does not surprise me that new performance issues (not previously raised or discussed with me) would suddenly appear after I came to see you.

Though I hoped it would not happen, my concern is that my supervisor's response to you is indicative of the very biases that I have been facing in my office, for many months. It was not my intention to escalate the situation or engage in an accusation/rebuttal cycle. But I feel that my supervisor's actions in this past week have been less than honorable, or legal.

I feel that he has chosen to give me my "worst case scenario" by carry out retaliatory acts: scrutinizing and changing my work schedule, demanding that I call him if I am not in by 7:30 A.M., delaying to approve/disapprove my leave requests, false allegations, approaching others to collect my "issues", accused me of wrong doing in our staff meeting in front of everyone, giving me a task a week to finish when it usually takes weeks then move the deadline forward to give me less than 4 hours to finish. Last but not least, he wrote two counseling forms with falsified, inaccurate information, exaggeration, and did not let me see them. I have email records that will help demonstrate that his accusations are unfounded.

Sir, I am aware that I am not in the inner circle of the "brotherhood" in DS, but I am committed to and believe I have always served honorably. I made a choice to always do the right thing especially when it is hard. I don't trade in integrity for access. I don't trade in truth for self-serving interests. While my leadership emphasizes promotability and "being nice", I care about going by the books, with the flexibility that would not jeopardize the implementation of my sworn duty. I expect obstacles, but I also have respectable colleagues who support me along the way. Many in the embassy know my situation. I have gotten a lot of support from colleagues from other sections. And what you have shown me and my female colleagues so far is a strong encouragement that I will receive the fair protection and solution from unethical and illegal conducts. I hope that the Embassy can support me in trying to resolve this hostile work environment and harassment so that I may continue to serve and perform my duties.

I'd like to meet with you to discuss what had transpired since your talk with Rob, and ask for that the conditions for my counseling to be modified, to ensure that we are both being treated with the respect and professionalism we both deserve, and the content in the counseling adhere to the regulations.

Respectfully,

Josephine

Privacy/PII
This email is UNCLASSIFIED.

---

**From:** McFeeters, Brian D
**Sent:** Thursday, March 10, 2016 6:19 PM
**To:** Chien, Josephine H
**Subject:** RE: Thank you for your help

Josephine, I was glad to meet with you. The next morning, I met with Rob and relayed your concerns. He listened and agreed that there should be no discrimination based on gender, and agreed that you should come to me again if you believe that to be the case; I want you to understand that my door remains open for such concerns.

Rob also told me about what he saw as performance issues. I think the issue of being accountable to your supervisor when unexpectedly out of the office is important, man or woman officer, and an unexplained/unreported absence of several hours on a workday would upset any supervisor, and calls for counseling. I also respectfully disagree with the way you communicated to a colleague – whatever his or her status, whether officer or contractor – that you were summarily moving to a desk that she had used. These things matter to people, and a face-to-face request whether such a move would be alright would in most cases be a better approach for keeping harmony on the whole team. I would urge you to have a mutually respectful conversation with your supervisor about expectations you both have, and concrete job requirements that need to be upheld.

Brian McFeeters
Deputy Chief of Mission
U.S. Embassy Jakarta
62-21-3435-9801 office
62-8119-200-261 cell



Privacy/PII
This email is UNCLASSIFIED.

---

**From:** Chien, Josephine H
**Sent:** Tuesday, March 08, 2016 09:36
**To:** McFeeters, Brian D
**Subject:** Thank you for your help

Sir,

To avoid confusion, some reference for you when you talk to Rob.

1. Attached email ("Happy Monday") was what Rob referenced for my "interpersonal skills". Important points:

--Other people reviewed my email & no one viewed it as rude or disrespectful. Comparing to a sample of my colleague's email to a Sr. FSO ("Personal Travel"), I cannot see how bosses accepted that email but mine shows an "interpersonal skill" problem.

--Margaret Healey is a contractor on a DS BPA who cannot ask or use embassy resources, including phone, computer, printer, transportation, office space and everything needed for the service in which she's billing the government for. No assets or resources assigned to the contractor (I have CO's email & BPA referencing these points).

--I explained to Rob I did not take anyone's space because there's no items belonging to Margaret or her work with DS on the desk. Margaret told me herself she uses any computer that's open when she gets in.

2. I was sick at home last Thur. & received 3 calls from the office & Rob within a span of 20 min., on how important accountability is. I apologized to Rob & told him it's the first time and will not happen again. While a male ARSO had once gone home early without telling anyone; no one can find him when he was needed. Rob knew about the incident but never talked to this ARSO about his unannounced absence from work.

3. Rob may mention I had gone back to DC for a training. I want to make clear it was a mandatory training, required of all agents who have not taken the course. I was the only one in office who never had the chance to take that course so I had to go. It's not a perk, not equal to a TDY that can add value or performance to my EER. The two junior agents have had three trips each since their arrival 6-8 months ago.

The Americans came to report the inappropriate relationship between the ARSO and an RSO FSN because their FSNs were all talking about it. It shows favoritism and conduct unbecoming, a behavior locals see as a pattern in the RSO. I feel by me bringing that issue forward had back fired on me. I feel I have failed those who looked to me to do something about it, and I (not alone on this issue) honestly feel very uncomfortable being a part of this RSO.

What I go through daily is a lot more than what I had revealed. Please believe I don't intend to cause problems for anyone but my attempts to set things straight had met with resisting attitude. As a double minority in a ultra-macho profession, I've experienced challenges and prejudice. I tolerate the ignorance to a degree but the unfair criticism should stop. Rob referenced a comment he received from the TV crew. I doubt the claim because I never interacted with the TV crew. I don't speak the language so I was only interacting with our guards. Such unfounded allegation & constant suspicion from my supervisor have impeded my job. All I want is to do my work with the degree of integrity all of us should up hold.

Again, my apologize for this trouble. Thank you for recognizing my difficulty.

Respectfully,

Josephine

*Josephine Chien*
*Assistant Security Attaché*

**Chien, Josephine H**

| | |
|---|---|
| **From:** | Chien, Josephine H |
| **Sent:** | Thursday, June 02, 2016 12:48 PM |
| **To:** | McFeeters, Brian D |
| **Subject:** | FW: Re-schedule, Re: Counseling Session |
| **Attachments:** | Letter of Leave Restriction from HR.pdf |

Sir,

I believe your officers have acted inappropriately. Handing out a Letter of Restriction that singles out an employee without any backing of the FAM and substantiated reasons why or how my leaves, accrued and approved, have made me "unreliable". If other employees who have taken 87.5 hours of leave in a span of 10 months+ is deemed "unreliable" then it should be applied to everyone at post.

I've been assigned other agent's work & 4x more for duty weeks than others since my complaint. I want to see proof that my leave have placed additional burdens on my coworkers. Raising accusations without any proof is harassment. Please stop further harassment and retaliation or I will be forced to involve more people from outside of this post. PLEASE HELP.

Josephine


This email is UNCLASSIFIED.

---

**From:** Chien, Josephine H
**Sent:** Thursday, June 02, 2016 12:37 PM
**To:** Wells, Brenda M
**Cc:** Moo, David; Edwards, Rebecca L; Kelly, Kimberly C
**Subject:** RE: Re-schedule, Re: Counseling Session

Brenda,

I'm very confused about your role in my counseling session today. I'd like to ask what was your role & purpose in a counseling session? I want to know because you behaved very differently than Rebecca or Kim Kelly. I thought HR is there to answer questions, observe, ensure there's no breaking of HR regulations but your behavior today did not give me the impression that HR is an impartial party in my EEO complaint. Your tone was angry and offensive from the beginning. You interrupted me several times. You did not answer my questions clearly & were very impatient. You told me you'll only answer my question on Letter of Admonishment AFTER Rob finishes his counseling, which constitutes coercion. I thought HR should be impartial and answer my questions as well. I am an employee and I too have rights. But you did not tell me what rights I have, only tried to push me to go through the counseling session. So if your role as an HR representative for Post is not of an impartial one, I'd like to be informed so I don't have false believes next time & will direct my questions to someone else.

Also, both you and Rob claimed there are examples of my AWOL in the Letter but there weren't. There were even missing blank spaces where a name should be provided but not.

Can you provide the FAM where it gives you or anyone the authority to single out an employee for leave restriction? Please also provide the FAM that stipulates the number of leave hours (accrued and approved) or states 87.5 hours of annul leave/comp/admin time on 4 occasions in a 10 months+ period as "excessive"? What are the number of leave hours people in my office have taken for any 10 months period?

I'd like to also ask you to behave professionally next time. Impatience, raising voice, interruption can happen to people but should be limited. Thank you.

Josephine


This email is UNCLASSIFIED.


**From:** Castro, Robert G
**Sent:** Thursday, June 02, 2016 8:07 AM
**To:** Chien, Josephine H
**Cc:** Murphy, James J; Wells, Brenda M; Moo, David; Castro, Robert G
**Subject:** Re-schedule, Re: Counseling Session

Josephine,

Please plan on attending your last Counseling session at 1000 hours this morning in the 1st floor conference room. H/R will be in attendance, and I've asked AFSA Rep David Moo to attend as well.

Rob

Sent from my BlackBerry 10 smartphone on the Telkomsel network.

Affidavit A
Page 95 of 199

2

00169

# RSO DUTY SCHEDULE
## April – August 2016
Monday a.m. – Monday a.m.
Updated: April 14, 2016

| | |
|---|---|
| April 11 – 18, 2016 | Todd Wallace |
| FSNI | Victor Hutapea |
| | |
| April 18 – 25 | Dave Scholtes |
| FSNI | Neneng Hasanah |
| | |
| April 25 – May 2 | Mike Bjelajac |
| FSNI | Windy Aveline |
| | |
| * May 2 – 9 | Curt Spindler |
| FSNI | Muhyidin |
| | |
| May 9 – 16 | Josephine Chien |
| FSNI | Windy Aveline |
| | |
| May 16 – 23 | Joe Williams |
| FSNI | Victor Hutapea |
| | |
| * May 23 – 30 | Rob Castro |
| FSNI | Neneng Hasanah |
| | |
| * May 30 – June 6 | Todd Wallace |
| FSNI | Rini Nugroho |
| | |
| June 6 – 13 | Mike Bjelajac |
| FSNI | Muhyidin |
| | |
| June 13 – 20 | Josephine Chien |
| FSNI | Rini Nugroho |
| | |
| June 20 – 27 | Curt Spindler |
| FSNI | Victor Hutapea |
| | |
| * June 27 – July 4 | Josephine Chien |

Joint Exhibit
JX 11

STATE 02540

| | |
|---|---|
| FSNI | Neneng Hasanah |
| * July 4 – 11 | Joe Williams |
| FSNI | Windy Aveline |
| July 11 – 18 | Rob Castro |
| FSNI | Muhyidin |
| July 18 – 25 | Todd Wallace |
| FSNI | Rini Nugroho |
| July 25 – August 1 | Josephine Chien |
| FSNI | Victor Hutapea |
| August 1 – 8 | Mike Bjelajac |
| FSNI | Neneng Hasanah |
| August 8 – 15 | Joe Williams |
| FSNI | Windy Aveline |
| * August 15 – 22 | Curt Spindler |
| FSNI | Muhyidin |
| August 22 – 29 | Rob Castro |
| FSNI | Rini Nugroho |

# RSO DUTY SCHEDULE
## April – August 2016
Monday a.m. – Monday a.m.
Updated: August 15, 2016

| | |
|---|---|
| April 11 – 18, 2016 | Todd Wallace |
| FSNI | Victor Hutapea |
| | |
| April 18 – 25 | Dave Scholtes |
| FSNI | Neneng Hasanah |
| | |
| April 25 – May 2 | Mike Bjelajac |
| FSNI | Windy Aveline |
| | |
| * May 2 – 9 | Curt Spindler |
| FSNI | Muhyidin |
| | |
| May 9 – 16 | Josephine Chien |
| FSNI | Windy Aveline |
| | |
| May 16 – 23 | Joe Williams |
| FSNI | Victor Hutapea |
| | |
| * May 23 – 30 | Rob Castro |
| FSNI | Neneng Hasanah |
| | |
| * May 30 – June 6 | Todd Wallace |
| FSNI | Rini Nugroho |
| | |
| June 6 – 13 | Mike Bjelajac |
| FSNI | Muhyidin |
| | |
| June 13 – 20 | David Scholtes |
| FSNI | Rini Nugroho |
| | |
| June 20 – 27 | Curt Spindler |
| FSNI | Victor Hutapea |
| | |
| * June 27 – July 4 | Josephine Chien |

Joint Exhibit
JX 14

STATE 02546

| | |
|---|---|
| FSNI | Neneng Hasanah |
| * July 4 – 11 | Joe Williams |
| FSNI | Windy Aveline |
| July 11 – 18 | Todd Wallace (switched for Rob Castro) |
| FSNI | Muhyidin |
| July 18 – 25 | Josephine Chien (switched for Todd Wallace) |
| FSNI | Rini Nugroho |
| July 25 – August 1 | Joe Williams (switched for Josephine Chien) |
| FSNI | Victor Hutapea |
| August 1 – 8 | Mike Bjelajac |
| FSNI | Neneng Hasanah |
| August 8 – 15 | Rob Castro (switched for Joe Williams) |
| FSNI | Windy Aveline |
| * August 15 – 22 | Curt Spindler |
| FSNI | Muhyidin |
| August 22 – 29 | Mike Bjelajac (switched for Rob Castro) |
| FSNI | Rini Nugroho |

STATE 02547

| | |
|---|---|
| **From:** | Chien, Josephine H |
| **Sent:** | Thursday, April 28, 2016 4:35 PM |
| **To:** | McFeeters, Brian D |
| **Cc:** | Moo, David; Kline, Courtney E |
| **Subject:** | Report of retaliation and request for a no fear work environment |
| **Attachments:** | Retaliation-1974 INV rebuttal.pdf; Retaliation-1974 Rebuttal.pdf; 2016 EER final.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Categories:** | Read material |

Sir,

I do not mean to prioritize my issue above anyone else that may have your attention this EER season, so I will make this as brief as possible so we can discuss ways to move forward and turn in my report in a timely manner.

To put it briefly, I am more than disappointed with the deliberate attempt by my rater and reviewer to significantly minimize the work I have accomplished over the rating period. Words such as "some successes", "secured assistance from other ARSO's", and "played a helpful role" describe someone who is doing nothing more than participating, rather than someone who is solving problems. Most people would describe my actions as taking initiative, providing guidance, and working as a team player.

Where I was the primary contributor to the project, in my EER I merely "aided in completion". Some work simply not mentioned. Also not mentioned was the impact of my contribution to SD that resulted not only in morale boosting, but also in the discovery and deportation of a Yemeni national whom we suspected of conducting surveillance on our embassy just months before the Jan. attack. Moreover, the commendation emails sent by various people were completely ignored by my supervisors. Instead, I received an unsubstantiated "Interpersonal Skills" for AFI. If I had not performed, why did I keep getting assigned complex projects such as guiding the new ARSOs on cable writing and security surveys, creating an EAP mission-wide Tabletop Exercise, and just days ago, tasked to make Jakarta's transition from Tripwires to Decision Points?

This has been a long year for me. In addition to handling normal RSO operations, I have been forced to spend my time defending myself against a supervisor bent on making me regret the fact that I filed a discrimination complaint. I have made more than one attempt to reconcile this situation but it's been a very lonely battle and the DRSO won't relent until my character is tarnished or I quit the Foreign Service. Now I have to pay the consequences of my actions by helplessly watching my leadership, slowly and deliberately, sabotage my career. I am desperate to find someone that can help me get beyond this situation without it having to go to the next level.

Besides the retaliatory actions I reported in my last email to you, there has been additional retaliatory acts, including unfair duty schedule assignments and uninformed change of my Work Requirement in EER. I'd like to also report the unethical behavior that has either been reported to me, or I have witness personally, including:

- Sharing privacy act protected information about me in a public setting to other members of the mission.
- Having an inappropriate personal relationship with a subordinate LE Staff member resulting in open favoritism towards the subordinate LE Staff member perceived by Americans and LE Staff.
- RSO ignoring inappropriate relationships between an ARSOs and subordinate LE Staff members.

- RSO protecting his ARSOs from disciplinary actions related to inappropriate relationships with their LE Staff subordinates.
- Unprofessional comments of a sexual nature about women are freely communicated and tolerated by the leadership in this office in a professional setting.
- Making open attempts to ostracize me for submitting an EEO complaint.

I am not asking for special treatment; I only want fair treatment. I want to be fairly recognized for the work I have accomplished. If I were judged on my accomplished work alone, and not judged on my perceived loyalty, I firmly believe I would have been recommended for promotion. I am aware another rater in my office also has the same conduct as my DRSO, whom created frivolous allegations for counseling and false evaluations. I was informed this rater was personally instructed by you, DRSO Castro and RSO Murphy to officially retract his counseling forms and rewrite his rating statements. I am asking the same support my white male colleagues are receiving. I need help to get me beyond this retaliation. I'm attaching the counseling forms & my rebuttals in support of my claim.

The commendation emails will be sent in the next email.

Respectfully,

Josephine Chien

*Josephine Chien*
*Assistant Security Attaché*
*U.S. Embassy, Jakarta, Indonesia*
*Tel: +62-21-3435-9524*
*Fax: +62-21-3435-9911*
*Email: ChienJH@state.gov*



All e-mail to/from this account is subject to official review and is for official use only. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the sender. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

Privacy/PII
This email is UNCLASSIFIED.

# Chien, Josephine H

**From:** Wallace, R. Todd
**Sent:** Monday, June 20, 2016 4:02 PM
**To:** Chien, Josephine H; Hall, Sheree H
**Cc:** Castro, Robert G; Scholtes, David
**Subject:** RE: duty schedule on LSY drive

Lets table this conversation until Rob returns this Wednesday as he is the only one who approves the duty roster and changes based on AL, R&R and PCS. This roster was posted back in April.

This email is UNCLASSIFIED.

---

**From:** Chien, Josephine H
**Sent:** Monday, June 20, 2016 3:34 PM
**To:** Hall, Sheree H
**Cc:** Castro, Robert G; Wallace, R. Todd; Scholtes, David
**Subject:** RE: duty schedule on LSY drive

I don't know who is the "people" you are referring to but duty schedule had been going off of a name list rotation since long. Even with the leave dates, which would only be Dave before August, it still shouldn't be me taking on 4 weeks of duty in 12. Prior to May I worked the normal rotation even with people coming & going. I've never received anyone asking me to take their rotation for them. If I can't work on my rotation I asked people if they can switch with me. I never just put their name on the schedule without swapping. That would be wrong.

This email is UNCLASSIFIED.

---

**From:** Hall, Sheree H
**Sent:** Monday, June 20, 2016 3:20 PM
**To:** Chien, Josephine H
**Cc:** Castro, Robert G; Wallace, R. Todd; Scholtes, David
**Subject:** Re: duty schedule on LSY drive

The order on April-August was changed to work with people's leave dates. After the schedule was sent out in April, people made more changes. I added & sent calendar invites on DS_RSO calendar to remind people of their duty dates. Unsure of the history of week changes.

Sent from my BlackBerry

---

**From:** Chien, Josephine H
**Sent:** Monday, 20 June 2016 14:59
**To:** Hall, Sheree H
**Cc:** Castro, Robert G; Wallace, R. Todd; Scholtes, David
**Subject:** RE: duty schedule on LSY drive

**Plaintiff's Exhibit PX 20**

1

Chien -00159

Cover for me? Both June weeks are not in my calendar. How can I be scheduled to work June 13 then again a week later? That's 4 duty weeks in a 12 week time. We have 7 agents.

This email is UNCLASSIFIED.

---

**From:** Hall, Sheree H
**Sent:** Monday, June 20, 2016 2:53 PM
**To:** Chien, Josephine H
**Cc:** Castro, Robert G; Wallace, R. Todd; Scholtes, David
**Subject:** RE: duty schedule on LSY drive

Josephine – Oh? Sorry about that. I thought I had updated it on the sharepoint site for Dave covering for you June 13-20. Our share drive cannot be viewed by Post1. Post1 can view our *Sharepoint* site. The updated has been added to Sharepoint. The list notes your next duty as June 27-July 4. Regards, Sheree

SBU
This email is UNCLASSIFIED.

---

**From:** Chien, Josephine H
**Sent:** Monday, June 20, 2016 2:35 PM
**To:** Hall, Sheree H
**Subject:** duty schedule on LSY drive

Hi Sheree,

Can you please check our duty schedule copy in the LSY drive? I got a phone call at 5am this morning from Post 3. They said the list they have showed me as duty agent from Jun 13-20. I was duty agent from May 9-16. My next rotation is on July 25. Please see if the copy in share drives are correct. Thanks.

*Josephine Chien*
*Assistant Security Attaché*
*U.S. Embassy, Jakarta, Indonesia*
*Tel: +62-21-3435-9524*
*Fax: +62-21-3435-9911*
*Email: ChienJH@state.gov*



All e-mail to/from this account is subject to official review and is for official use only. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the

**From:** Chien, Josephine H
**Sent:** Thursday, June 02, 2016 10:04 AM
**To:** Castro, Robert G
**Cc:** Murphy, James J; Wells, Brenda M; Moo, David; Edwards, Rebecca L; Kline, Courtney E; ajdhali@dhalilaw.com; McFeeters, Brian D
**Subject:** RE: Re-schedule, Re: Counseling Session

I, Josephine Chien, would like to make the following statement on the record prior to any counseling:

In light of past objections, these so-called "counseling sessions" constitute workplace harassment. I am forced to endure these sessions against my will in order to keep my job. I have previously stated these sessions have no benefit to my career development or performance improvement. To the contrary they have caused me great emotional pain & suffering. These sessions have been used to berate, belittle & harass me. As I have reported the issues to HRO, Rebecca Edwards, and now HR Specialist Brenda Wells & RSO James Murphy, but was told by Ms. Edwards the accused, DRSO Rob Castro, still has full supervisory authority over me & these counseling sessions have to go on. I believe the Department is now engaged in retaliatory acts against me. Not seeking to improve the workplace environment, rather, the officers participate in the retaliation knowingly & willfully.

This statement is made on the record today June 2, 2016.

---

**From:** Castro, Robert G
**Sent:** Thursday, June 02, 2016 8:07 AM
**To:** Chien, Josephine H
**Cc:** Murphy, James J; Wells, Brenda M; Moo, David; Castro, Robert G
**Subject:** Re-schedule, Re: Counseling Session

Josephine,

Please plan on attending your last Counseling session at 1000 hours this morning in the 1st floor conference room. H/R will be in attendance, and I've asked AFSA Rep David Moo to attend as well.

Rob

Sent from my BlackBerry 10 smartphone on the Telkomsel network.