UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTONY BLINKEN,<br>Secretary of State,<br><br>*Defendant*. | Civ. A. No. 16-1583 (APM) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, for a New Trial or Remittitur, and the entire record herein, it is ORDERED that Defendant's Motion is hereby GRANTED; and it is FURTHER ORDERED that judgment is entered in favor of Defendant on Plaintiff's retaliation claim challenging her extra assignments to the duty schedule while she was assigned to the U.S. Embassy in Jakarta, Indonesia.

_____         _____
Date                                                        AMIT P. MEHTA
                                                                    United States District Judge