THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 16-1583 (APM) |
| ) | |
| **ANTONY J. BLINKEN**, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| *Defendant*. ) | |

**PLAINTIFF JOSEPHINE CHIEN'S MOTION FOR RECONSIDERATION AND TO AMEND VERDICT ON THE KUALA LUMPUR DISCRIMINATION CLAIM**

Comes now the Plaintiff, Josephine Chien, and hereby moves this Honorable Court for reconsideration under Fed. R. Civ. P. 59 and 60 and for judgment in her favor on her Kuala Lumpur Discrimination claim. In *Chambers v. District of Columbia*, No. 19-7098, 2022 U.S. App. LEXIS 15372 (D.C. Cir. June 3, 2022), the D.C. Circuit, sitting *en banc*, has clarified that plaintiffs do not need to prove materially adverse action in Title VII discrimination claims: the inquiry ends with the finding of discrimination. *Id.* at *7-8. Considering this clarification of Title VII law, Plaintiff Chien has proven all she is required to prove on her discrimination claim, and judgment as a matter of law must be entered on behalf of the Plaintiff.  And since the Court has heard all of the evidence on this discrimination and is well-positioned to order any relief available and appropriate, Plaintiff respectfully requests the Court order such relief.

DATE: June 16, 2022                                        Respectfully Submitted,


                                                                              */s/ Geoffrey H. Simpson*
                                                                              Geoffrey H. Simpson, D.C. Bar #988437
                                                                              Bruce A. Fredrickson, D.C. Bar #933044
                                                                              Webster & Fredrickson, PLLC
                                                                              1101 Connecticut Avenue, NW, Suite 402

Washington, DC 20036
(202) 659-8510
gsimpson@websterfredrickson.com

Kel McClanahan, D.C. Bar #984704
National Security Counselors
4702 Levada Terrace,
Rockville, MD 20853
Kel@NationalSecurityLaw.org
(301) 728-5908
*Counsel for Plaintiff*