# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 16-1583 (APM) |
| ) | |
| **ANTONY J. BLINKEN**, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| *Defendant*. ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Josephine Chien's Motion for Reconsideration and to Amend Verdict on the Kuala Lumpur Discrimination Claim, any Opposition thereto, and the entire record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**

Date_____            _____
                                The Hon. AMIT P. MEHTA
                                United States District Judge