# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 16-1583 (APM) |
| ) | |
| **ANTONY J. BLINKEN**, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| *Defendant*. ) | |

## JOINT STATUS REPORT

Come now the parties, Plaintiff Josephine Chien and Defendant Antony Blinken, and submit the following Joint Status Report pursuant to the October 12, 2023, status hearing: The parties both state that they are amenable to mediation and request that the Court assist in setting a mediation with a Magistrate Judge.

DATE: November 14, 2023  Respectfully Submitted,

*/s/ Geoffrey H. Simpson*
Geoffrey H. Simpson, D.C. Bar #988437
Bruce A. Fredrickson, D.C. Bar #933044
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036
(202) 659-8510
gsimpson@websterfredrickson.com

Kel McClanahan, D.C. Bar #984704
National Security Counselors
4702 Levada Terrace,
Rockville, MD 20853
Kel@NationalSecurityLaw.org
(301) 728-5908
***Counsel for Plaintiff***

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2023, the Joint Status Report was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

      */s/ Geoffrey H. Simpson*
      Geoffrey H. Simpson, D.C. Bar #988437
      Webster & Fredrickson, PLLC
      1101 Connecticut Avenue, NW, Suite 402
      Washington, DC 20036
      (202) 659-8510
      gsimpson@websterfredrickson.com
      ***Counsel for Plaintiff***