UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-cv-1583 (APM) |
| ANTONY J. BLINKEN, | ) |
| Defendants. | ) |

## ORDER

Pursuant to the parties' November 14, 2023 Joint Status Report, ECF No. 129, the court orders the following with regard to further proceedings in this matter:

1. This matter is referred to a Magistrate Judge for mediation.

2. The parties shall file a Joint Status Report on or before January 16, 2024, which addresses: (a) the status of the mediation and settlement discussions; (b) whether the parties believe they would benefit from additional time for mediation and/or settlement discussions; and (c) any other information that the parties believe the court should know.

3. If the parties reach a settlement before January 16, 2024, they shall promptly inform the court.

Dated: November 16, 2023

Amit P. Mehta
United States District Court Judge