UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSEPHINE CHIEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 16-cv-1583 (APM) |
| ANTONY J. BLINKEN, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Following the status conference held on January 24, 2024, the court orders the following with regard to further proceedings in this matter:

1. Conditioned upon the availability of a mediator, the parties shall participate in a mediation on February 6, 2024. This date may be changed only by filing a motion and court order.

2. The mediation period shall remain open through April 8, 2024.

3. The parties shall file a Joint Status Report on or before April 12, 2024, which addresses: (a) the status of the mediation and settlement discussions; (b) whether the parties believe they would benefit from additional time for mediation and/or settlement discussions; and (c) any other information that the parties believe the court should know.

Dated: January 24, 2024

Amit P. Mehta
United States District Court Judge