THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN, )<br>)<br>     *Plaintiff*, )<br>v. )<br>)<br>ANTONY J. BLINKEN, )<br>SECRETARY OF STATE )<br>)<br>     *Defendant*. ) | Civil Action No. 16-1583 (APM) |

**JOINT STATUS REPORT**

Come now the parties, Plaintiff Josephine Chien and Defendant Antony Blinken, and submit the following Joint Status Report: The parties have engaged in mediation and were unable to reach a resolution in the 60-day time period. Plaintiff respectfully requests that the case proceed. The Defendant requests an additional 30 days for mediation. Plaintiff objects to any additional extension.

The parties had one virtual mediation session on February 6, 2024, after which the Plaintiff proposed that the mediation address only the Plaintiff's claims and the attorney fee petition be decided by the Court. To that end, on March 19, 2024, Plaintiff's counsel made a settlement proposal for Plaintiff's claims alone. Defendant made a counteroffer on April 10, 2024. Because of the amount of the counteroffer, Plaintiff is not interested in continuing the mediation process. Defendant believes that, given additional time and perhaps one additional virtual mediation session, there is a good chance that Plaintiff's claims at least can be resolved without further burdening the Court. The mediator has stated a willingness to stay involved in the mediation. Thus, for the foregoing reasons, Defendant respectfully request an additional thirty days to explore

a resolution that would resolve Plaintiff's claim. Alternatively, Defendant is open to a status conference if the Court deems that it would be helpful.

DATE: April 12, 2024

Respectfully Submitted,

| | |
|---|---|
| */s/ Geoffrey H. Simpson* <br> Geoffrey H. Simpson, Esq. <br> D.C. Bar #988437 <br> Bruce A. Fredrickson, Esq. <br> D.C. Bar #933044 <br> Webster & Fredrickson, PLLC <br> 1101 Connecticut Avenue, NW, <br> Suite 402 <br> Washington, DC 20036 <br> (202) 659-8510 <br> gsimpson@websterfredrickson.com <br> <br> Kel McClanahan, <br> D.C. Bar #984704 <br> National Security Counselors <br> 4702 Levada Terrace, <br> Rockville, MD 20853 <br> Kel@NationalSecurityLaw.org <br> (301) 728-5908 <br> <br> *Counsel for Plaintiff* | MATTHEW M. GRAVES <br> D.C. Bar No. 481052 <br> United States Attorney <br> <br> BRIAN P. HUDAK <br> Chief, Civil Division <br> <br> By:  */s/ Kenneth Adebonojo* <br>        Kenneth Adebonojo, Esq. <br>        Assistant United States Attorney <br>        Civil Division <br>        601 Third Street, NW <br>        Washington, DC 20530 <br>        Telephone: 202-252-2562 <br>        email: kenneth.adebonojo@usdoj.gov <br> <br> **Counsel for the Defendant** |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, the Joint Status Report was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

*/s/ Geoffrey H. Simpson*
Geoffrey H. Simpson, D.C. Bar #988437
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036
(202) 659-8510
gsimpson@websterfredrickson.com
***Counsel for Plaintiff***