# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 16-1583 (APM) |
| ) | |
| **ANTONY J. BLINKEN**, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| *Defendant*. ) | |

### MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, FOR RECONSIDERATION

Comes now the Plaintiff, Josephine Chien, by and through counsel, and respectfully requests that the Court clarify its April 22, 2024, Order extending the mediation session by 30 days. It is unclear from the order if the Court intends to continue the stay of its consideration of the post-trial motions for the extended period for mediation. If so, Plaintiff respectfully the requests that the Court reconsider any order continuing the stay. Plaintiff further seeks clarity on whether the parties are ordered to participate in a further mediation session or if they are merely authorized to do so. Plaintiff sought consent for this motion, and the Government stated does not believe that clarification or reconsideration is warranted because the Court's directive is clear that the parties should negotiate in good faith. The reasons for Plaintiff's motion as are follows:

1. In the Joint Status Report (Docket Entry 133), Plaintiff stated her objection to continued mediation and did not consent to further mediation. She instead requested that the case proceed.

2. The April 22, 2024, order states, "[t]he court extends the mediation period to permit the parties more time to reach a negotiated settlement in good faith. The parties shall file an additional Joint Status Report on or before May 15, 2024."

3. It is unclear from this language whether the case will remain stayed for the extended mediation period.

4. If the case remains stayed for mediation, the continued delay will substantially prejudice Ms. Chien.  Ms. Chien is suffering significant ongoing harm from the lack of a resolution.  She suffers from continued insomnia and untreatable debilitating headaches.  And Plaintiff reports that a recent brain MRI revealed a condition her neurologist categorized as stress related.  The symptoms are connected to stress and anxiety related to a lack of full resolution.  Any delay in the resolution of the case further interferes with her ability to seek medical treatment due to lack of funds. Where this case has been pending in this Court since 2016, with the initial trial having concluded in March 2022, her interest is in ensuring the case progresses swiftly toward a judicial resolution.

5. It is further unclear if the Court is requiring Ms. Chien to participate in an additional mediation session.  If so, Plaintiff respectfully requests that she not be required to do so.

6. An additional mediation session will not facilitate a swift settlement.

7. Based on the position of the Defendant, Plaintiff does not believe that settlement can be achieved through continued mediation and requiring the Plaintiff to participate in further mediation while the case will only have a deleterious effect on the possibility of settlement.

8.     The parties are otherwise capable of continuing discussions outside of the mediation process while the case progresses, and Plaintiff intends to keep settlement discussions open.

9.     Because additional mediation will not be fruitful and the case has already been delayed once to facilitate mediation, Plaintiff respectfully requests that any stay related to the mediation session be lifted, and the parties not be required to attend any further mediation conference but may do so optionally.

DATE: April 26, 2024

Respectfully Submitted,

*/s/ Geoffrey H. Simpson*
Geoffrey H. Simpson, Esq.
D.C. Bar #988437
Bruce A. Fredrickson, Esq.
D.C. Bar #933044
Webster & Fredrickson, PLLC
1101 Connecticut Avenue, NW, Suite 402
Washington, DC 20036
(202) 659-8510
gsimpson@websterfredrickson.com

Kel McClanahan,
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace,
Rockville, MD 20853
Kel@NationalSecurityLaw.org
(301) 728-5908

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 26, 2024, the Motion for Clarification or, In the Alternative, Reconsideration, was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

              */s/ Geoffrey H. Simpson*
              Geoffrey H. Simpson, D.C. Bar #988437
              Webster & Fredrickson, PLLC
              1101 Connecticut Avenue, NW, Suite 402
              Washington, DC 20036
              (202) 659-8510
              gsimpson@websterfredrickson.com
              ***Counsel for Plaintiff***