## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOSEPHINE CHIEN**,                         )
                                             )
                        *Plaintiff*,         )
         v.                                  )          Civil Action No. 16-1583 (APM)
                                             )
**ANTONY J. BLINKEN**,                       )
SECRETARY OF STATE                           )
                                             )
                        *Defendant*.         )

## [PROPOSED] ORDER

Upon consideration of Plaintiff Josephine Chien's Motion for Clarification, or in the

Alternative, for Reconsideration Claim, any Opposition thereto, and the entire record herein, it is

**ORDERED** that Plaintiff's Motion is hereby **GRANTED.**


Date_____          _____
                             The Hon. AMIT P. MEHTA
                             United States District Judge