THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPHINE CHIEN**, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 16-1583 (APM) |
| | ) | |
| **ANTONY J. BLINKEN**, | ) | |
| SECRETARY OF STATE | ) | |
| | ) | |
| *Defendant.* | ) | |

**JOINT STATUS REPORT**

Come now the parties, Plaintiff Josephine Chien and Defendant Antony Blinken, and submit the following Joint Status Report:  Per its April 22, 2024 Minute Order, the Court permitted the parties additional time to mediate until today.  It appears that the Court did that, over Plaintiff's objection, because of Defendant's optimism about the possibility of a settlement.  *See* Minute Order entered on May 29, 2024.

Since then, Plaintiff made a counteroffer revising her demands.  In response, Defendant increased its offer of settlement by 60 percent, characterizing its offer as a "final offer," and requested some additional specificity regarding Plaintiff's equitable demands.  Defendant understood Plaintiff counteroffer to be no different than her original demand.  Plaintiff has not responded.  While the parties may continue settlement discussions, Plaintiff does not believe that the low likelihood of a negotiated settlement through mediation justifies the ongoing harm caused by further delays in the adjudication of the pending motions.  Defendant is not aware of any ongoing harm to which Plaintiff refers.

DATE: May 15, 2024

Respectfully Submitted,

| | |
|---|---|
| <u>*/s/ Geoffrey H. Simpson*</u><br>Geoffrey H. Simpson, Esq.<br>D.C. Bar #988437<br>Bruce A. Fredrickson, Esq.<br>D.C. Bar #933044<br>Webster & Fredrickson, PLLC<br>1101 Connecticut Avenue, NW,<br>Suite 402<br>Washington, DC 20036<br>(202) 659-8510<br>gsimpson@websterfredrickson.com<br><br>Kel McClanahan,<br>D.C. Bar #984704<br>National Security Counselors<br>4702 Levada Terrace,<br>Rockville, MD 20853<br>Kel@NationalSecurityLaw.org<br>(301) 728-5908<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  <u>*/s/ Kenneth Adebonojo*</u><br>     Kenneth Adebonojo, Esq.<br>     Assistant United States Attorney<br>     601 Third Street, NW<br>     Washington, DC 20530<br>     Telephone: 202-252-2562<br>     email: kenneth.adebonojo@usdoj.gov<br><br>*Counsel for the United States of America* |