IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ANTONY J. BLINKEN )<br>SECRETARY OF STATE )<br>*Defendant*. )<br>) | Civil Action No. 1:16-cv-01583-APM |

**NOTICE OF APPEARANCE**

Please enter the appearance of Ari Wilkenfeld, of the law firm Alan Lescht & Associates, P.C., as counsel for Plaintiff Josephine Chien in the above-captioned case.

Date: June 20, 2024

Respectfully submitted,

By: /s/ Ari Wilkenfeld
Ari Wilkenfeld [Bar No. 14006]
Alan Lescht and Associates, P.C.
1825 K Street NW, Suite 750
Washington, DC 20006
T: (202) 463-6036
Ari.Wilkenfeld@leschtlaw.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on all parties of record by this Court's Electronic Case Filing System (ECF) on June 20th, 2024.

                                         /s/ Ari Wilkenfeld
                                         Ari Wilkenfeld