# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | Civil Action No. 16-1583 (APM) |
| ) | |
| **ANTONY J. BLINKEN**, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| *Defendant.* ) | |

### CONSENT MOTION TO CONTINUE STATUS CONFERENCE

Comes now the Plaintiff, Josephine Chien, by and through counsel, and respectfully requests that the Court continue the status hearing currently set for December 4, 2025. Counsel for the Defendant consents to the relief requested herein.

Counsel for Ms. Chien currently has a pretrial conference set for the same time as the status hearing in this matter and will be unavailable for that reason. Counsel respectfully requests that the Court re-schedule the status hearing for a date and time at the Court's convenience but notes that Counsel's trial is currently scheduled for January 12 to February 6, 2026. Counsel for the Government represents he will be on leave from December 22, 2025 to January 9, 2026.

DATE: December 1, 2025

        Respectfully Submitted,

<u>*Geoffrey H. Simpson, Esq. (#988437)*</u>
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com

Kel McClanahan,
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace,
Rockville, MD 20853
Kel@NationalSecurityLaw.org
(301) 728-5908

**Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

    I hereby certify that on 1st day of December 2025, the Consent Motion to Continue Status Conference, was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

                                                *Geoffrey H. Simpson, Esq. (#988437)*
                                                Gilbert Employment Law, P.C.
                                                8403 Colesville Road, Suite 1000
                                                Silver Spring, MD 20910
                                                Tel: (301) 608-0880
                                                Fax: (301) 608-0881
                                                gsimpson@gelawyer.com