# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>**ANTONY J. BLINKEN**, )<br>SECRETARY OF STATE )<br>)<br>*Defendant*. ) | Civil Action No. 16-1583 (APM) |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Josephine Chien's Consent Motion to Continue Status Hearing and the entire record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**


Date_____                    _____
                                        The Hon. AMIT P. MEHTA
                                        United States District Judge