## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOSEPHINE CHIEN,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Case No. 16-cv-01583 (APM) |
|  | ) |
| **MARCO RUBIO,** | ) |
| *in his official capacity as U.S. Secretary of State*, | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## APPENDIX A: PROPOSED VOIR DIRE

1. This is a civil case entitled *Chien v. Rubio*. Plaintiff Josephine Chien alleges that she was discriminated against by her employer, the U.S. State Department. Do you know or have you heard anything about this case?

2. The plaintiff in this case is Josephine Chien. She is represented by Geoffrey H. Simpson, Ari Micha Wilkenfeld, Bruce Allan Fredrickson, and Kelly Brian McClanahan. The defendant is Marco Rubio, in his official capacity as United States Secretary of State. He is represented by Kenneth Adebonojo and Christopher Charles Hair. Do you know any of the people I have just named?

3. [Each side will introduce its witnesses by name, general area of residence, and employment.] Do you know any of the witnesses that have been introduced to you?

4. [The next four questions relate to you, members of your immediate family, and close personal friends.] Does anyone in that group now work for, or has anyone in that group ever worked for, the U.S. State Department?

5. Has any member of that group ever worked for the court system as a clerk, probation officer, parole officer, or in any other capacity?

6. Has any member of that group ever gone to law school, worked as a lawyer, or worked in a law office?

7. Has any member of that group ever been subjected to harassment or discrimination based on race or sex, or accused of engaging in harassment or discrimination based on race or sex?

8. [The following questions relate only to you.] Do you have such strong opinions or feelings about the laws protecting employees in the workplace, such as laws against harassment or discrimination based on race or sex, that might prevent you from fairly and impartially deciding the issues, or awarding damages to a person who brings that kind of case and prevails?

9. Do you have a positive or negative attitude toward the U.S. Department of State or any of its employees?

10. Please take a look around the room. Do you know any other member of the jury panel?

11. Has anyone served as a juror before?

12. Would serving as a juror in this case be an extreme hardship to anyone? [Discuss schedule.] Also, does anyone have a health or physical problem that would make it difficult to serve on this jury?

13. My final question is what I call my "catch-all question." This asks whether there is any other reason that I haven't asked about that might make it difficult for you to sit fairly, impartially, and attentively as a juror. Perhaps you have a religious, moral, or philosophical reason that you believe would make it hard for you to be fair. In sum, is

2

there some other reason that would make it difficult for you to sit as a fair and impartial juror in this case?