THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSEPHINE CHIEN**, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 16-1583 (APM) |
| | ) | |
| **ANTONY J. BLINKEN**, | ) | |
| SECRETARY OF STATE | ) | |
| | ) | |
|     *Defendant.* | ) | |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Comes now the Plaintiff, Josephine Chien, by and through counsel, and respectfully requests that the Court continue the status hearing currently set for January 30, 2026. Counsel for the Defendant consents to the relief requested herein to the extent that the status conference is held after February 24, 2026.

Counsel for Ms. Chien is in trial and does not expect the case to go to the jury before January 30, 2026, and will be unavailable for that reason. Counsel respectfully requests that the Court re-schedule the status hearing for a date and time at the Court's convenience after February 24, 2026. Plaintiff's Counsel notes that Counsel's trial is currently scheduled to conclude February 6, 2026.

DATE: January 25, 2025

Respectfully Submitted,

*Geoffrey H. Simpson, Esq. (#988437)*
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on 25th day of January 2026, the Consent Motion to Continue Status Conference, was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

    *Geoffrey H. Simpson, Esq. (#988437)*
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com