**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSEPHINE CHIEN**, | ) |
| *Plaintiff,* | ) )  |
| v. | ) Civil Action No. 16-1583 (APM) |
| **ANTONY J. BLINKEN**, SECRETARY OF STATE | ) ) ) |
| *Defendant.* | ) ) |

**MOTION TO EXTEND BRIEFING SCHEDULE**

Comes now the Plaintiff, Josephine Chien, by and through counsel, and respectfully requests that the Court extend the deadline to submit a reply brief on the outstanding issues related to the new trial by one week. The Court, on December 9, 2015, ordered that reply briefs be submitted January 30, 2026. Counsel for Ms. Chien remains in trial and does not expect the case to go to the jury before February 3, 2026. For this reason, counsel and has not been able to coordinate on the reply brief. Counsel respectfully requests that the Court extend the deadline for the reply brief by seven days, to February 6, 2026. Plaintiff sought consent from the Defendant, but has not yet heard back.

DATE: January 29, 2025                    Respectfully Submitted,

*Geoffrey H. Simpson, Esq. (#988437)*
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com

***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

    I hereby certify that on 29⁹ʰ day of January 2026, the Motion to Extend Briefing Schedule, was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

*Geoffrey H. Simpson, Esq. (#988437)*
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, )<br>)<br>*Plaintiff*, )<br>v. )<br>)<br>**ANTONY J. BLINKEN**, )<br>SECRETARY OF STATE )<br>)<br>*Defendant*. ) | Civil Action No. 16-1583 (APM) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Josephine Chien's Consent Motion to Extend Briefing Schedule and the entire record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**

Date_____

_____
The Hon. AMIT P. MEHTA
United States District Judge