THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| **JOSEPHINE CHIEN**, | ) | | |
| | ) | | |
| *Plaintiff,* | ) | | |
| v. | ) | Civil Action No. 16-1583 (APM) | |
| | ) | | |
| **ANTONY J. BLINKEN**, | ) | | |
| SECRETARY OF STATE | ) | | |
| | ) | | |
| *Defendant.* | ) | | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Josephine Chien's Consent Motion to Extend Briefing Schedule and the entire record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**


Date_____                    _____
                                       The Hon. AMIT P. MEHTA
                                       United States District Judge