# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 16-1583 (APM) |
| ) | |
| **MARCO RUBIO**, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| *Defendant*. ) | |

### PARTIES' JOINT REQUEST FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEFS ON OUTSTANDING ISSUES

Plaintiff, Josephine Chien, and Defendant, Marco Rubio, Secretary of State, hereby respectfully move this Court to extend the deadline for the Parties' to file Reply briefs on the outstanding issues related to the new trial; specifically, the Parties request that the deadline be extended from February 6, 2026, to February 10, 2026.

As previously noted in Plaintiff's prior filings, Plaintiff's counsel, Mr. Simpson, has been engaged in a jury trial in a separate matter that has consumed the vast majority of his time over the past two weeks. Although Plaintiff's counsel has been assisted by support staff, one of the lead members of that support staff has suddenly become unavailable due to a sudden onset illness, drastically limiting his availability to assist Plaintiff's counsel over the past two days. Additionally, Defendant's counsel, Mr. Adebonojo, has been unavailable this week due to pre-planned leave.

Plaintiff's counsel previously sought and received an extension of this deadline, from January 30, 2026, to February 6, 2026, due to the aforementioned trial. Plaintiff's counsel sought Defendant's position on that extension but, due to the exigency of the deadline, had no choice but to submit the request for the extension before Defendant's counsel had responded.

1

Defendant's counsel subsequently confirmed to Plaintiff's counsel that it would be amenable to an additional extension to February 10, 2026.

    For these reasons, and for any reason the Court may find, the Parties respectfully request that the Court extend the deadline for the Parties to file their reply briefs on the outstanding issues related to the new trial from February 6, 2026, to February 10, 2026.

Date: February 6, 2026      Respectfully submitted,

                                             /s/_____
                                       Geoffrey H. Simpson #988437
                                       Gilbert Employment Law, P.C.
                                       8403 Colesville Rd.
                                       Suite 1000
                                       Silver Spring, MD 20910
                                       **Counsel for Plaintiff**


                                       JEANINE FERRIS PIRRO
                                       United States Attorney

                                           /s/_____
                                       HEATHER GRAHAM-OLIVER
                                       KENNETH ADEBONOJO
                                       Assistant United States Attorney
                                     601 D Street, NW
                                     Washington, DC 20530
                                     (202)252-2562
                                     **Counsel for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, Parties' Joint Request for Extension of Deadline to File Reply Briefs on Outstanding Issues, was electronically filed with the Clerk of the Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

                                      Respectfully submitted,

                                      __/s/_____
                                      Geoffrey H. Simpson #988437
                                      Gilbert Employment Law, P.C.
                                      8403 Colesville Rd.
                                      Suite 1000
                                      Silver Spring, MD 20910