# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**, | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 16-1583 (APM) |
| **ANTONY J. BLINKEN**, | ) |
| SECRETARY OF STATE | ) |
| *Defendant*. | ) |

## [PROPOSED] ORDER

Upon consideration of PARTIES' JOINT REQUEST FOR EXTENSION OF DEADLINE TO FILE REPLY BRIEFS ON OUTSTANDING ISSUES and the entire record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**


Date_____                    _____
                                         The Hon. AMIT P. MEHTA
                                         United States District Judge