# Exhibit 1

# Chien, Josephine H

| | |
|---|---|
| **From:** | Chien, Josephine H |
| **Sent:** | Monday, October 19, 2015 12:44 PM |
| **To:** | Castro, Robert G |
| **Subject:** | FW: TDY ARSO Support - Kuala Lumpur, Malaysia (November 14 - 23, 2015) |

Hi Rob,

My BFFOC starts Nov. 30th. Normal travel would start 28th or 29th. I'd like to take Fri 27th off & fly out on 26th to be home in LA for Thanksgiving. My travel comp will be enough to cover my Fri leave. There won't be additional cost to stop over in LA because all flights from Tokyo to DC will have a stop over either in LA, Chicago or San Francisco.

I'd like to be on this TDY. After handing over SD I'll have nothing immediate in the office. A TDY can keep me busy with stuff I don't get to do here. Please ask Jim. Thanks.

Jo


This email is UNCLASSIFIED.


**From:** Henwood, Eugene J
**Sent:** Friday, October 09, 2015 3:34 AM
**To:** DS-IP-EAP-RSO
**Cc:** DS-IP-EAP; Pittman, Timothy D
**Subject:** TDY ARSO Support - Kuala Lumpur, Malaysia (November 14 - 23, 2015)

RSOs,

We are looking for one ARSO to provide TDY support to RSO Kuala Lumpur during the U.S. – ASEAN Summit, for about 10 days from November 14 – 23, 2015.

This would be an excellent opportunity to provide a challenging and career enhancing position for one of your ARSOs.

Please response by October 16, 2015, to SDO Tim Pittman, pittmant@state.gov so we can facilitate travel arrangements or if we need to ask another region for their support.

Thank you for your consideration.

Gene

Eugene Henwood
Senior Desk Officer
East Asia and Pacific Affairs
DS/IP/RD - EAP
(571) 345-3485 (O)
(202) 297-5387 (BB)