# Exhibit 2

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


JOSEPHINE CHIEN,                   )
                                   )
        Plaintiff,                 )
                                   )   CV No. 16-1583
     vs.                           )   Washington, D.C.
                                   )   March 2, 2022
ANTONY J. BLINKEN,                 )   9:45 a.m.
                                   )
        Defendant.                 )   Morning Session
_____)   Day 3


           TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           BEFORE THE HONORABLE AMIT P. MEHTA
               UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:         Bruce Allan Fredrickson
                           WEBSTER & FREDRICKSON, PLLC
                           1101 Connecticut Avenue, NW
                           Suite 402
                           Washington, D.C. 20036
                           (202) 659-8510
                           Email:
                           bfredrickson@
                           websterfredrickson.com

                           Geoffrey H. Simpson
                           WEBSTER & FREDRICKSON
                           1775 K Street, NW
                           Suite 290
                           Washington, D.C. 20006
                           (202) 659-8510
                           Email: gsimpson
                           @websterfredrickson.com

                           Kelly Brian McClanahan
                           NATIONAL SECURITY COUNSELORS
                           4702 Levada Terrace
                           Rockville, MD 20853
                           (301) 728-5908
                           Email:
                           kel@nationalsecuritylaw.org
```

```
APPEARANCES CONTINUED:

For the Defendant:          Daniel Patrick Schaefer
                            Christopher Hair
                            U.S. ATTORNEY'S OFFICE
                            FOR THE DISTRICT OF COLUMBIA
                            555 Fourth Street, NW
                            Washington, D.C. 20530
                            (202) 252-2531
                            Email:
                            Daniel.Schaefer@usdoj.gov
                            Email:
                            christopher.hair@usdoj.gov

Also Present:               Samuel Birnbaum
                            Rafael Gallardo

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription
```

3

- - -

WITNESS INDEX

- - -

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PLAINTIFF's: | | | | |
| JOSEPHINE CHIEN | 5 | | | |

- - -

INDEX OF EXHIBITS

- - -

| DEFENDANT'S | IDENTIFIED | ADMITTED |
|---|---|---|
| 30 | | 32 |
| 42 | | 41 |

- - -

INDEX OF EXHIBITS

- - -

| JOINT | IDENTIFIED | ADMITTED |
|---|---|---|
| 14 | | 105 |

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  All rise.  The Honorable
 3   Amit P. Mehta presiding.
 4            THE COURT:  Good morning.  Thank you.
 5            Please be seated, everyone.
 6            Okay.  Good morning, everybody.
 7            Is there anything anybody wants to raise before we
 8   bring the jury in?
 9            MR. SCHAEFER:  No, Your Honor.
10            THE COURT:  All right.
11            Ms. Chien, why don't you go ahead and resume your
12   position there in the witness chair.
13            COURTROOM DEPUTY:  Jury panel.
14            (Jury entered the courtroom.)
15            THE COURT:  Okay.  Have a seat, everyone.
16            COURTROOM DEPUTY:  Good morning, Your Honor.
17   This is Civil Action 16-1583, Josephine Chien versus
18   Antony Blinken.
19            Geoffrey Simpson, Kel McClanahan, and
20   Bruce Frederickson for the plaintiff.
21            Christopher Hair, Daniel Schaefer,
22   Samuel Birnbaum, and Rafael Gallardo for the defendant.
23            THE COURT:  Okay.
24            Ladies and gentlemen, welcome back -- or I should
25   say, ladies, welcome back.  Thank you for being timely this
```

1  morning.  It's nice to see everybody.  And so we'll get
2  started.
3         And we'll go probably -- it's about 9:50 now.
4  We'll go for about 70-plus minutes or so before we take our
5  morning break.
6         All right.  Resume cross-examination of Ms. Chien.
7         MR. SCHAEFER:  Thank you, Your Honor.
8                         - - -
9                         - - -
10 JOSEPHINE CHIEN, WITNESS FOR THE PLAINTIFF, HAVING BEEN
11 PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS
12 FOLLOWS:
13              CROSS-EXAMINATION (CONTINUED)
14 BY MR. SCHAEFER:
15     Q    Good morning, Ms. Chien.
16     A    Good morning.
17     Q    Ms. Chien, do you recall yesterday before we ended
18 for the day that I was asking you some questions about
19 whether an investigator may expand an investigation, if
20 necessary, to determine if access is clearly consistent with
21 national security and suitability?
22          Do you recall I was asking you about that?
23     A    Not in those words but, yes.
24     Q    And you responded "no" to my question, correct?
25     A    Which question?

```
1        A    Surveillance detection.
2        Q    Say it one more time.
3        A    Surveillance detection.
4        Q    Surveillance detection.  Okay.
5             And when you wrote this email in October -- on
6   October 19th, did I understand your testimony from earlier
7   correctly that you were on personal leave at this time.
8        A    The first time, yes.  I think I would have been
9   back already October 19th.
10       Q    Do you see in the first paragraph where you talk
11  about travel?
12       A    Yes.
13       Q    That's another issue you're talking about coming
14  home after?
15       A    I'm sorry?
16       Q    Am I right that that's a different -- you're
17  raising a different issue about whether you've come home in
18  L.A. for Thanksgiving.  That would be after the summit,
19  right?
20       A    You mean November 30th date?
21       Q    Yeah.  Do you see where you wrote, "I'd like to
22  take Friday, the 27th, off and fly out on the 26th to be
23  home in L.A. for Thanksgiving."
24            Right?
25       A    Yes.
```

1    Q    So when you wrote in the second paragraph there,
2    "After handing over surveillance detection, I'll have
3    nothing immediate in the office.  A TDY can keep me busy
4    with stuff I don't get to do here."
5         What stuff were you referring to that you don't
6    get to do at the embassy?
7    A    Whether it is organizing or arranging or
8    coordinating security postures in a large event, like a
9    U.S.-ASEAN summit.
10        So ASEAN is a group of Southeast Asian countries
11   and Asian countries that we, United States of America, have
12   formed a sort of economic alliance with.  So it is a
13   multinational summit, and it involves delegations and
14   perhaps heads of states from all these Asian countries.  And
15   they were all meeting in Kuala Lumpur, Malaysia, for this
16   summit.
17        And so it would be a multinational, large event.
18   For an agent, that is valuable.  In any capacity that you
19   can participate, it is career enhancing.  And, in fact,
20   that's what Mr. Henwood wrote in his email.  "It's a career
21   enhancing TDY."
22   Q    And so I take it from the way you wrote this that
23   you don't get to do that type of stuff at the embassy.  You
24   weren't doing those things that you just described in your
25   current assignment in Jakarta; is that correct?

1     A     No.  During my assignment, there was no large
2  multinational summits like that in Jakarta.
3     Q     Right.
4           So this would provide you an opportunity to do
5  things that you weren't doing in your current assignment at
6  the embassy, right?
7     A     Exactly.
8     Q     Were you aware that President Obama attended the
9  summit?
10    A     I was -- I can't recall for sure.  But that seems
11 to be what I remember, because I remember my -- I reached
12 out, back to my Secret Service colleagues.  And, you know, I
13 was trying to find out who's going to come, maybe someone
14 I know or my classmates.
15    Q     Okay.
16          And you testified earlier that you became aware
17 later that another agent was put forward by your office for
18 this TDY security detail, right?
19    A     That's correct.
20    Q     And that other agent was Mike Bjelacac, right?
21    A     That's correct.
22    Q     Do you know what year Mr. Bjelacac joined the
23 State Department?
24    A     I do not know exactly, but my understanding was
25 that this was his first overseas tour.