**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| JOSEPHINE CHIEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:16-cv-01583-APM |
| | ) | |
| MARCO RUBIO, | ) | |
| Secretary of State, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Ari M. Wilkenfeld of the law firm Alan Lescht and

Associates, P.C. as co-counsel for Plaintiff, Josephine Chien, in the above-captioned case.

Dated: March 23, 2026

Respectfully Submitted,

ALAN LESCHT AND ASSOCIATES, P.C.

*/s/ Ari M. Wilkenfeld*
Ari M. Wilkenfeld [#461063]
1825 K Street, NW, Suite 750
Washington, D.C. 20006
Tel: (202) – 669-6245
Fax: (202) 463-6067
ari.wilkenfeld@leschtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, the Notice of Withdrawal was served electronically with the Clerk of the Court using the CM/ECF system that automatically sends email notification to all counsel of record.

/s/ Ari M. Wilkenfeld
Ari M. Wilkenfeld