UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPHINE CHIEN,

   Plaintiff,

  v.            Civil Action No. 16-1583 (APM)

MARCO RUBIO, Sec'y of State

   Defendant.

## JOINT STATUS REPORT

Josephine Chien ("Plaintiff") and, in his official capacity only, Secretary of State Marco Rubio ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of recent developments in this case since the parties' last conference. In support, the parties jointly state the following:

1. The parties appeared before the Court on February 26, 2026, at which time the Court decided that, although Plaintiff was precluded from obtaining Title VII compensatory damages in excess of $300,000, she was entitled to a new trial limited to whether Plaintiff could demonstrate that the denial of a ten-day temporary duty assignment satisfied the Title VII harm standard. *See Muldrow v. City of St. Louis*, 601 U.S. 346, 355 (2024) (employees challenging job transfers under Title VII need only show "some" disadvantageous change in employment terms rather than "significant" harm).

2. The trial is set to commence on April 22, 2026. The parties have met and conferred on various issues including settlement negotiations. After carefully considering the evidence, Defendant stipulates that Plaintiff has satisfied the *Muldrow* standard of "some harm". Thus, there

will be no need for a trial on the issue of whether the denial of the ten-day temporary duty assignment to Malaysia caused Plaintiff some harm.

3.     Defendant's conclusion that the 2016 denial of her request for a temporary duty assignment to Malaysia meets the standard of "some harm" is based on the evidentiary record in this case and does not reflect a conclusion that a denial of a temporary duty assignment meets the "some harm" standard in all cases.  Notwithstanding the concession of this sole issue, Defendant reserves all appeal rights on any issue other than the specific issue scheduled for a jury trial on April 22, 2026.

4.     The parties respectfully request that the April 22, 2026, trial date be converted to a status hearing to address the schedule in this case.  The parties further believe that mediation of the entire case through a Magistrate Judge may enable them to find an appropriate resolution and request that the case be assigned to a Magistrate Judge for that purpose.

*     *     *

- 2 -

Dated:  April 3, 2026
        Washington, DC

Respectfully submitted,

____*Geoffrey H. Simpson*_____
GEOFFREY H. SIMPSON #988437
Gilbert Employment Law, P.C.
8403 Colesville Rd.
Suite 1000
Silver Spring, MD 20910

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _____*Kenneth Adebonojo*_____
     KENNETH ADEBONOJO
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202)252-2562

*Attorneys for the United States of America*