**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSEPHINE CHIEN**, | ) |
| | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Action No. 16-1583 (APM) |
| | ) |
| **MARCO RUBIO**, | ) |
| SECRETARY OF STATE | ) |
| | ) |
| *Defendant.* | ) |

**CONSENT MOTION TO EXTEND DEADLINE**

Comes now the Plaintiff, Josephine Chien, by and through counsel, and respectfully requests that the Court to extend the deadline for the Parties' to file a proposed order on the Kuala Lumpur discrimination claim by one week, to May 13, 2026. Defendant consents to the relief requested herein.

In the April 22, 2026, status hearing held in lieu of trial, the Court instructed the parties to submit proposed language concerning the order on the Kuala Lumpur discrimination claim in light of the parties' recent stipulation. The Parties require additional time finalize their proposals and respectfully request they be permitted an additional week to provide the submission.

DATE: May 5, 2026

Respectfully Submitted,

_____ *Esq. (#988437)*
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com
***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May 2026, the Consent Motion to Extend, was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

_Esq. (#988437)_

Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOSEPHINE CHIEN**, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 16-1583 (APM) |
| | ) | |
| **ANTONY J. BLINKEN**, | ) | |
| SECRETARY OF STATE | ) | |
| | ) | |
| *Defendant.* | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Josephine Chien's Consent Motion to Extend and the entire

record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**


Date_____                    _____

                                        The Hon. AMIT P. MEHTA
                                        United States District Judge