UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOSEPHINE CHIEN,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, Sec'y of State<br><br>Defendant. | Civil Action No. 16-1583 (APM) |

## JOINT STATUS REPORT

Josephine Chien ("Plaintiff") and, in his official capacity only, Secretary of State Marco Rubio ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of their proposal for proceeding in this matter:

1. Plaintiff made a written settlement demand on July 7, 2026, to which the Defendant has not yet had an opportunity to respond.

*Plaintiff's Position:*

2. The Plaintiff proposes the following discovery plan:

   a. No additional discovery may be propounded by either party

   b. The parties shall have until August 14, 2026, to provide supplemental discovery responses to discovery propounded previously in this case, with responses, if any, due by August 28, 2026.  The parties expect the relevant supplementation will include documents related to damages, including pecuniary damages.

   c. Plaintiff objects to any additional discovery being taken, and objects to any additional deposition of the Plaintiff.

*Defendant's Position:*

Defendant requests the right to take additional discovery if any issues arise outside of the discovery that has already been taken for this case, including but not limited to, Plaintiff's deposition on any issues that arise related to equitable relief.

Dated: July 17, 2026
        Washington, DC

Respectfully submitted,

*/s/ Geoffrey H. Simpson*
GEOFFREY H. SIMPSON #988437
Gilbert Employment Law, P.C.
8403 Colesville Rd.
Suite 1000
Silver Spring, MD 20910

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _____ *Kenneth Adebonojo* _____
    KENNETH ADEBONOJO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202)252-2562

*Attorneys for the United States of America*