UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPHINE CHIEN,

              Plaintiff,

      v.                          Civil Action No. 16-1583 (APM)

MARCO RUBIO
*Secretary of State,*

              Defendant.

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Michael E. Yohannan as counsel for Defendant in the above-captioned case.

Dated: July 22, 2026
      Washington, D.C.


                              Respectfully submitted,


                               */s/ Michael Yohannan*
                              MICHAEL YOHANNAN
                              Pennsylvania Bar # 307575
                              Assistant United States Attorney
                              Civil Division
                              601 D Street, NW
                              Washington, DC 20530
                              Telephone: 202-809-2054
                              Michael.Yohannan@usdoj.gov

                              *Attorney for the United States of America*