**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOSEPHINE CHIEN**, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 16-1583 (APM) |
| | ) | |
| **MARCO RUBIO**, | ) | |
| SECRETARY OF STATE | ) | |
| | ) | |
| *Defendant.* | ) | |

**CONSENT MOTION TO CONTINUE REMOTE STATUS CONFERENCE**

Comes now the Plaintiff, Josephine Chien, by and through counsel, and respectfully requests that the Court continue the remote status hearing currently set for July 30, 2026.  Counsel for the Defendant consents to the relief requested herein.

Counsel for Ms. Chien is set for a jury duty summons and will be unavailable for that reason. Counsel respectfully requests that the Court re-schedule the status conference for a date and time at the Court's convenience, but notes that the parties are available on after August 5 and August 6, 2026.

DATE: July 27, 2026

Respectfully submitted,

*/s/ Geoffrey H. Simpson, Esq.*
Geoffrey H. Simpson, Esq. (#988437)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on 27th day of July 2026, the Consent Motion to Continue Remote Status Conference, was electronically filed with the Clerk of Court using the CM/ECF system that will automatically send email notification of such filing to all counsel of record.

<div style="margin-left: 50%;">

_____

Geoffrey H. Simpson, Esq. (#988437)
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
gsimpson@gelawyer.com

</div>

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JOSEPHINE CHIEN**, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 16-1583 (APM) |
| | ) | |
| **ANTONY J. BLINKEN**, | ) | |
| SECRETARY OF STATE | ) | |
| | ) | |
| *Defendant.* | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Josephine Chien's Consent Motion to Continue Status Hearing and the entire record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**


Date_____          _____
                                The Hon. AMIT P. MEHTA
                                United States District Judge