## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPHINE CHIEN**,  ) | |
| ) | |
| *Plaintiff,*  ) | |
| v.                            ) | Civil Action No. 16-1583 (APM) |
| ) | |
| **ANTONY J. BLINKEN**,  ) | |
| SECRETARY OF STATE  ) | |
| ) | |
| *Defendant.*  ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Josephine Chien's Consent Motion to Continue Status Hearing and the entire record herein, it is **ORDERED** that Plaintiff's Motion is hereby **GRANTED.**


Date_____                    _____
                                       The Hon. AMIT P. MEHTA
                                       United States District Judge