AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Josephine Chien | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    16 1583 (APM) |
| Marco Rubio | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Josephine Chien.                                                        .

Date:     08/11/2026

*Kevin L. Owen*
*Attorney's signature*

Kevin L. Owen   MD16693
*Printed name and bar number*

Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, MD 20910

*Address*

kowen@gelawyer.com
*E-mail address*

(301) 608 0880
*Telephone number*

(301) 608 0881
*FAX number*