UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, Sec'y of State<br><br>Defendant. | Civil Action No. 16-1583 (APM) |

**JOINT STATUS REPORT**

Josephine Chien ("Plaintiff") and, in his official capacity only, Secretary of State Marco Rubio ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of their proposal for proceeding in this matter:

1. Defendant has drafted a proposed settlement agreement which it shared with Plaintiff on August 14, 2026.

2. Counsel for Plaintiff is conferring with Plaintiff concerning proposed revisions. Counsel expects to be able to share proposed revisions on August 31, 2026.

3. The parties anticipate finalizing settlement and dismissal of this action within the next thirty days and request that the Court set a deadline for an additional Joint Status Report for 30 days from today to update the Court in the event a notice of dismissal in not filed by that time..

Dated: August 28, 2026
Washington, DC

Respectfully submitted,

________/s/________________
GEOFFREY H. SIMPSON #988437
Gilbert Employment Law, P.C.
8403 Colesville Rd.
Suite 1000
Silver Spring, MD 20910

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: *Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*