UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPHINE CHIEN,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, Sec'y of State<br><br>Defendant. | Civil Action No. 16-1583 (APM) |

**JOINT STATUS REPORT**

Josephine Chien ("Plaintiff") and, in his official capacity only, Secretary of State Marco Rubio ("Defendant") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of their proposal for proceeding in this matter:

1. Since the parties' last Joint Status Report dated August 28, 2026, the parties met before Magistrate Judge Moxila A. Upadhyaya on September 18, 2026, for an in-person conference held in aid of mediation. The parties now have a final executed settlement agreement, signed by both parties as of September 18, 2026.

2. The parties agreed that the issue of attorneys' fees, costs, and litigation expenses are to be submitted to the Court for resolution. Given the rapport build up and success in mediation, the undersigned believe that fees mediation before Judge Upadhyaya should be the first step to resolving fees before setting a briefing schedule.

3. In the event that briefing is required, the parties request that the Court set a 45-45-15 day briefing schedule, making the deadline for Plaintiff to file its briefing 45 days from today, the Defendant's response due 45 days from Plaintiff's filing, and Plaintiff's reply due 15 days from Defendant's filing.

4. The parties anticipate finalizing dismissal of this action after the issue of attorneys' fees, costs, and litigation expenses are decided. The parties propose filing the stipulation for dismissal within 30 days of a decision on the petition for fees, costs, and litigation expenses.

Dated: September 28, 2026
Washington, DC

Respectfully submitted,

_____*Geoffrey H. Simpson*_____
GEOFFREY H. SIMPSON #988437
Gilbert Employment Law, P.C.
8403 Colesville Rd.
Suite 1000
Silver Spring, MD 20910

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: _______*Kenneth Adebonojo*_______
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202)252-2562

*Attorneys for the United States of America*